# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

EDDIE RODRIGUEZ,  Civil File No. 10-CV-02073-JAR-DJW

    Plaintiff,

vs.  **NOTICE OF DISMISSAL WITH PREJUDICE**

LTD FINANCIAL SERVICES, LP,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: March 3, 2010      /s/ J. Mark Meinhardt
J. Mark Meinhardt
4707 College Boulevard, Suite 100
Leawood, KS 66211
913-451-9797
Fax 913-451-6163